| | | |
|---|---|---|
| | UNITED STATES DISTRICT COURT<br>CENTRAL DISTRICT OF CALIFORNIA<br>CIVIL MINUTES - GENERAL | JS-6 |

| Case No. | **CV 22-3011-DMG (MAAx)** | Date | September 16, 2022 |
|---|---|---|---|

| Title | ***Soyeon Kim v. Alissa Emmel, et al.*** |
|---|---|

| Present: The Honorable | DOLLY M. GEE, UNITED STATES DISTRICT JUDGE |
|---|---|

| Kane Tien | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| Not Present | Not Present |

**Proceedings: IN CHAMBERS - ORDER DISMISSING ACTION**

In light of Plaintiff's Notice of Dismissal filed on September 16, 2022 [Doc. # 22], the Court hereby **DISMISSES** this action pursuant to Fed. R. Civ. P. 41(a).  The Order to Show Cause dated August 11, 2022 is discharged.  [Doc. # 18.]

IT IS SO ORDERED.